Order entered October 16, 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00358-CR

### LONNELL MAURICE JERKINS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F10-61508-I**

## ORDER

The Court **REINSTATES** this appeal.

On August 2, 2012, we ordered the trial court to make findings regarding the date appellant delivered his pro se notice of appeal to Texas Department of Criminal Justice authorities for mailing and whether appellant desires to pursue the appeal. We **ADOPT** the findings that: (1) Tammy Shelby, Supervisor of the Mail System Coordinators Panel, checked the records for February through March 2012; (2) Ms. Shelby found no record of when appellant delivered his notice of appeal to prison authorities for mailing; (3) appellant's notice of appeal was post-marked March 7, 2012 and was filed-stamped March 13, 2012; and (4) there is no indication appellant filed his notice of appeal by February 21, 2012.

The Court will dispose of the appeal in due course.

_____

DAVID L. BRIDGES
JUSTICE
